UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              Case No.: 1:08-cr-165

TRAVIS FARRIS,                      HONORABLE PAUL L. MALONEY

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (ECF No. 87). The Report and Recommendation was duly served on the parties and shall be adopted immediately, subject to change should any timely objections be filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the defendant's conditions of supervision are modified as follow:

**1. The defendant shall reside at the Kalamazoo Probation Enhancement Program (KPEP), located in Kalamazoo, Michigan, for a period of five (5) months with immediate work release privileges. For every month that defendant resides at the facility without receiving a major misconduct violation,**

**the duration of time to be spent at the facility will be reduced by one month.**

**IT IS SO ORDERED**.

Dated:  May 20, 2013                                             /s/ Paul L. Maloney                         
                                                                              Paul L. Maloney
                                                                              Chief United States District Judge